## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Tanisha Gibson
                 Plaintiff,

v.                                             Case No.: 1:16–cv–07745
                                                      Honorable John Z. Lee

Jose Diaz, et al.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2016:

       MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 10/11/16. For the reasons stated on the record, Plaintiff's motion to modify the Courts order to preserve evidence and motion for rule to show cause against the City for its failure to accommodate inspections of body cameras and phones [38] is granted in part as stated on the record. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.