# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 16-CV-7445 |
|---|---|
| Tanisha Gibson v. Doe et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lt. Oswaldo Valdez, Sgt. Michael Kelly and Sgt. Christopher Vacek (Intervenors)

| | |
|---|---|
| NAME (Type or print) | |
| Thomas J. Pleines | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas J. Pleines | |
| FIRM | |
| Law Offices of Thomas J. Pleines | |
| STREET ADDRESS | |
| 206 S. Jefferson, Ste. 100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6184465 | 312-655-7660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |